UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RONALD SOREL, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> -against- <br><br> CAPITAL ONE SERVICES, LLC, CAPITAL ONE BANK (USA), N.A., and MRS ASSOCIATES, INC., <br><br> Defendants. | Civil Action No.: 3:11-cv-00703-SRU |

## NOTICE OF MOTION AND MOTION
## FOR CLASS CERTIFICATION

Sergei Lemberg, Esq.
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666
Attorneys for Plaintiff

Co-Counsel
William C. Rand, Esq.
Law Office of William Coudert Rand
228 East 45th Street, 17th Floor
New York, NY10017
Telephone: (212) 286-1425
Facsimile: (646)-688-3078
Attorneys for Plaintiff

1

PLEASE TAKE NOTICE that the Plaintiff, Ronald Sorel, on behalf of himself and all others similarly situated, hereby moves this Court for an order certifying this action as a class action pursuant to Fed. R. Civ. P. 23(b)(3). Plaintiff seeks an order certifying the following class of consumers:

> All persons with Connecticut addresses at the time to whom MRS sent, since the period that is one year prior to the filing of the Complaint, in an attempt to collect a debt that was incurred for personal, family, or household purposes, letters substantially identical to the MRS Letter attached to the Complaint as part of Capital One's Pre-Legal Program.

Furthermore, Plaintiff seeks an Order (a) appointing Ronald Sorel as the class representative, (b) appointing Lemberg and Associates, LLC, and the Law Office of William Coudert Rand as class counsel, and (c) directing that a notice of class certification be mailed to class members.

In support, Plaintiff submits the following:

1. Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Class Certification;
2. The Affidavit of Ronald Sorel and the exhibits attached thereto; and
3. The Declaration of Sergei Lemberg and the exhibits attached thereto.

Plaintiff's memoranda, the affidavit of Ronal Sorel, the declaration of Sergei Lemberg and the exhibits thereto have been submitted to the Court under seal in accordance with the Protective Order entered in this matter on October 26, 2011.

In addition, Plaintiff's memoranda, the affidavit of Ronal Sorel, the declaration of Sergei Lemberg and the exhibits thereto have been served on counsel for Defendant MRS by electronic transmission on this the 24th day of January, 2012.

WHEREFORE, Plaintiff respectfully requests that the Court grant his motion, certify this action as a class action, appoint Plaintiff as the class representative, appoint Lemberg & Associates, LLC, and the Law Office of William Coudert Rand as class counsel, and direct that a notice of class certification be mailed to the class members.

Dated: Stamford, CT
      January 24, 2012

/s/ Sergei Lemberg
Sergei Lemberg, Esq.
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (877) 795-3666
Attorneys for Plaintiff

/s/ William C. Rand
William C. Rand, Esq.
Law Office of William Coudert Rand
228 East 45th Street, 17th Floor
New York, N.Y. 10017
Telephone: (212) 286-1425
Facsimile: (646) 688-3078
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on January 24, 2012, a copy of the foregoing was filed with the clerk of the court via the CM/ECF system which sent notice of such filing to the following:

Bryan C. Shartle
Michael D. Alltmont
Sessions, Fishman Law Firm
3850 North Causeway Blvd.
Suite 200
Metairie, LA 70002-7227

Michael Del Valle
Walter A. Shalvoy, Jr.
Sessions, Fishman Law Firm
130 John Muir Drive
Suite 106
Amherst, NY 14228

By:  /s/ Sergei Lemberg
      Sergei Lemberg, Esq.